AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| ALBERTO BAUTISTA GONZALEZ, on behalf of himself, and others similarly situated, <br><br> *Plaintiff(s)* <br> v. <br> LIVING ROOM RESTAURANT AND LOUNGE, INC., dba LIVING ROOM RESTAURANT; or any other business entity doing business as LIVING ROOM RESTAURANT, located at 178 Avenue U, Brooklyn, New York 11223 and BEGUM SHAHNAZ, individually *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) )  Civil Action No. 19 CV 12   MKB-RER |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* LIVING ROOM RESTAURANT AND LOUNGE, INC.
178 Avenue U
Brooklyn, New York 11223

BEGUM SHAHNAZ
178 Avenue U
Brooklyn, New York 11223

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Cilenti & Cooper, PLLC
708 Third Avenue - 6th Floor
New York, New York 10017

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Douglas C. Palmer

*CLERK OF COURT*

Date: 1/8/2018

s/Kimberly Davis

*Signature of Clerk or Deputy Clerk*