# WOLF & ASSOCIATES, PLLC

Martin Wolf, Esq.
Direct: 212.608.1662
mwolf@martinwolflaw.com

February 6, 2019

Clerk's Office
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201-1818

United States District Court
Honorable Judge Margo K. Brodie
225 Cadman Plaza East, N 626
Brooklyn, NY 11201

      Re:   <u>Gonzalez v. Living Room Restaurant et al</u>
            Docket No: 19-CV-12

Dear Honorable Brodie and Clerk of the Court:

    In accordance with the Notice of Appearance recently filed on this action, please note that this firm will be appearing on behalf of the defendants Living Room Restaurant and Lounge, Inc. and Begum Shahnaz. As this office has only recently been retained, in accordance with the Court Local Rules, I respectfully request the extension of time to answer or move with respect to the Complaint filed on January 8, 2019.

    No previous request for the relief requested herein has been made.

    I thank you in advance for the Court consideration of this request and attention to this matter.

                           Respectfully submitted,

                           Martin Wolf, Esq.

CC:   Cilenti & Cooper, PLLC (via ECF)